## PROPOSED ORDER/COVER SHEET

TO: Honorable Patricia Trumbull
U.S. Magistrate Judge

RE: Smith, Jeffrey Ryan

FROM: Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

DOCKET NO.: CR07-70354

DATE: August 15, 2007

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Brad T. Wilson
U.S. Pretrial Services Officer Assistant

415-436-7511
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

A. The defendant shall not use alcohol to excess and shall not use or possess any narcotic or other controlled substance without a legal prescription.

B. The defendant shall participate in drug/alcohol counseling and submit to drug/alcohol testing as directed by Pretrial Services.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____
JUDICIAL OFFICER

DATE 8/20/07