1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CARLOS SINGH (PASBN 50581)
   Assistant United States Attorneys
5
   Attorney for Plaintiff
6  United States of America

7      150 Almaden Blvd., Suite 900
       San Jose, California  95113
8      Telephone: (408) 535-5065
       Fax: (408) 535-5066
9      E-Mail: carlos.singh@usdoj.gov

10
                    IN THE UNITED STATES DISTRICT COURT
11
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
12

13  UNITED STATES OF AMERICA,     )    Complaint No. 07-70354 -PVT
                                  )
14              Plaintiff,        )
                                  )    STIPULATION AND ORDER
15         v.                     )    CONTINUING PRELIMINARY
                                  )    HEARING
16  HEIDI SLORP,                  )
    DAVID HINCKEL and             )
17  JEFFREY SMITH,                )
                                  )
18              Defendants.       )
                                  )
19  _____ )

20

21         The parties hereby stipulate to a continuance of the August 31, 2007 preliminary hearing

22  date to September 27, 2007, for the following reasons: The government has provided discovery

23  in this investigation, which is being reviewed by the defense.  The parties are in the process of

24  attempting to resolve this matter by pre-indictment plea, and thus, believe that it is in their best

25  interest to continue the preliminary hearing/arraignment date to September 27, 2007 at 9:30a.m.

26         Counsel for each defendant represents that they have consulted with their respect clients

27  and each client agrees to the stipulated continuance.  Further, counsel represents that their

28  respective clients agree to exclude the interim time for the preliminary hearing and agree to

STIPULATION AND ORDER
CONTINUING PRELIMINARY HEARING              1

1 | exclude time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)
2 | (effective preparation and interest of justice).

4 | _____/s/_____ 8/29/07            _____/s/_____ 8/29/07__
Michelle Spencer, Esq.    Date                         Carlos Singh          Date
5 | Counsel for Heidi Slorp                              Assistant United States Attorney

8 | _____/s/_____ 8/29/07
Jay Rorty, Esq.         Date
Counsel for David Hinkel

11 | _____/s/_____ 8/29/07
Scott Furstman, Esq.    Date
12 | Counsel for

14 | **SO ORDERED**.

17 | _____
United States Magistrate Judge

STIPULATION AND ORDER
CONTINUING PRELIMINARY HEARING        2